UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS LUCAS,

        Petitioner,

                              Honorable Linda V. Parker

v.

                              Case No. 2:25-cv-11624

JOHN CHRISTIANSEN,

        Respondent.

_____/

## ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY [ECF No. 8]

        This is a habeas case filed under 28 U.S.C. § 2254. Petitioner Marcus Lucas requests an extension of time to file a reply to Respondent's answer to the petition for a writ of habeas corpus. (ECF No. 8.) Federal Rule of Civil Procedure 6(b)(1)(A) authorizes the Court to extend any time period specified in its orders for good cause. For the reasons stated in Petitioner's motion, his motion is **GRANTED**. Petitioner may file a reply by February 20, 2026.

        **IT IS SO ORDERED.**

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: January 9, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 9, 2026, by electronic and/or U.S. First Class mail.

                                                        s/Aaron Flanigan
                                                        Case Manager